# EXHIBIT A

# TO

# DIP FINANCING AGREEMENT

# REVOLVING CREDIT NOTE
## (L & H Trucking Company, Inc. DIP Financing)

$250,000.00                                                    August 25, 2010

FOR VALUE RECEIVED, the undersigned, L & H Trucking Company, Inc., a Pennsylvania corporation (the "Borrower"), DOES HEREBY PROMISE to pay to the order of Lawson E. Longstreth, Sr. and Helen M. Longstreth, or the survivor thereof (the "Lenders") at 6598 York Road, Spring Grove, Pennsylvania 17362, in lawful money of the United States and in immediately available funds, the principal amount of Two Hundred Fifty Thousand Dollars ($250,000.00) or the aggregate unpaid principal amount of all loans made to the Borrower by the Lenders pursuant to the Revolving Credit and Security Agreement (the "Loans") hereinafter referred to, whichever is less, on September 1, 2012, and to pay interest (computed on the basis of a year of 365 days) from the date of this Revolving Credit Note, in like money, at said address at a rate per annum equal to Five Percent (5%) payable on the first day of each month commencing October 1, 2010.

The Borrower hereby authorizes the Lenders to endorse on the Schedule annexed to this Revolving Credit Note all Loans made to the Borrower and all payments of principal amounts in respect of such Loans, which endorsements shall, in the absence of manifest error, be conclusive as to the outstanding principal amount of all Loans; provided; however, that the failure to make such notation with respect to any Loan or payment shall not limit or otherwise affect the obligations of the Borrower under the Revolving Credit and Security Agreement or this Note.

This Revolving Credit Note is the Note referred to in the Revolving Credit and Security Agreement dated August 25, 2010, between the Borrower, Glenn A. Longstreth ("Longstreth"), Lamanda M. Sullivan ("Sullivan"), and the Lenders (the "Revolving Credit and Security Agreement"). The Revolving Credit and Security Agreement, among other things, contains provisions for acceleration of the maturity of this Revolving Credit Note upon the happening of certain stated events and upon the terms and conditions specified in the Revolving Credit and Security Agreement. This Revolving Credit Note is secured by a mortgage on certain real property owned by Longstreth and Sullivan located in Penn Township, York County, Pennsylvania and a security interest in certain items of personal property owned by Borrower referred to in the Revolving Credit and Security Agreement, reference to which is hereby made for a more particular description of the collateral securing this Note and the rights of the Borrower, Longstreth, Sullivan and the Lenders with respect to such collateral.

This Revolving Credit Note may be prepaid at any time without penalty and shall be governed by the laws of the State of Pennsylvania.

L & H Trucking Company, Inc.,
a Pennsylvania corporation

By: _Glenn A. Longstreth_

Print: _Glenn A. Longstreth_

Its: _President_

REVOLVING CREDIT AND SECURITY AGREEMENT
FOR L&H TRUCKING, INC.

SCHEDULE TO REVOLVING CREDIT NOTE

| Date | Amount of Loan | Amount of Principal Prepaid | Unpaid Principal Balance of Revolving Credit Note | Name of Person Making Notation |
|------|---------------|----------------------------|--------------------------------------------------|-------------------------------|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

U:\A CLIENTS\L&H Trucking, Inc 2374\-01 Chapter 11\Pleadings\First Day Motions\DIP Financing\Schedule to Revolving Credit Note.docx