# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

**L&H TRUCKING COMPANY, INC.**

Debtor(s)

**L&H TRUCKING COMPANY, INC.**

Movant(s)

vs.

**GENERAL ELECTRIC CAPITAL
CORPORATION**

Respondent(s)

| | |
|---|---|
| Chapter: | **11** |
| Case Number: | **1:10-bk-06657-RNO** |
| Document No.: | **86** |
| Nature of Proceeding: | **Motion to Sell Free and Clear** |

## ORDER SETTING ANSWER AND HEARING DATES

Unless earlier served through CM/ECF, **IT IS ORDERED** that service of this Order and the above-referenced Motion shall be made by the moving party on the respondent(s) and counsel and in Chapter 11 cases upon the Trustee, if any, U.S. Trustee and the individuals identified in F.R.B.P. 4001(a)(1) and L.B.R. 4001-6 within seven (7) days from the date hereof and certification of service filed with this Court within fourteen (14) days from the date hereof.

**IT IS FURTHER ORDERED** that answers to the Motion must be served on the moving party and a copy filed with this Court, within fourteen (14) days from the date of this Order. If no Response is filed, relief may be granted. A Hearing will be held as listed below only if a Response is timely filed.

DATE:   10/6/10
TIME:   11:00 a.m.

PLACE:   **Bankruptcy Courtroom, Third Floor
The Ronald Reagan Federal Building
Third and Walnut Streets
Harrisburg, Pennsylvania**

By the Court,

*Robert N. Opel II*

_____

Robert N. Opel, II, Bankruptcy Judge

(BW)

Date: September 3, 2010

Initial requests for a continuance of hearing ( L.B.F. 9013-4, Request to Continue Hearing/Trial with Concurrence) shall be filed with the Court. Requests received by the Court within twenty-four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074-1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:

L&H TRUCKING COMPANY, INC.

|  |  |
|---|---|
| Chapter: | 11 |
| Case Number: | 1:10-bk-06657-RNO |

Debtor(s)

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on _____, I served a copy of
_____ on the following
parties in this matter:

| Name and Address | Mode of Service |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

I certify under penalty of perjury that the foregoing is true and correct.

Date: _____

Name: s/ _____
            Printed Name of Attorney
Address: _____

_____