IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

L & H TRUCKING COMPANY, INC.,

    Debtor(s).

Case No. 1-10-bk-06657 RNO

Chapter 11

L & H TRUCKING COMPANY, INC.,

    Movant(s),

v.

GENERAL ELECTRIC CAPITAL CORPORATION,

    Respondent(s).

## ORDER APPROVING THE SALE OF PROPERTY OF THE ESTATE FREE AND CLEAR OF ANY LIENS, CLAIMS, RIGHTS, INTERESTS, OR OTHER ENCUMBRANCES

Upon the motion, by counsel, of the above-reference Debtor[1] for Entry of an Order Approving the Sale of Property of the Estate (54 Trailmobile trailers) Free and Clear of Any Liens, Claims, Rights, Interests, or other Encumbrances pursuant to §§ 105(a), 328, and 363(b) and (f) of the Bankruptcy Code and Bankruptcy Rules 2002 and 6004 (the "Motion"), and adequate notice to all creditors and parties in interest and any objections to the Motion being resolved, and good cause shown, it is hereby

ORDERED

that the Motion is GRANTED in its entirety and the Debtor is authorized to sell the Trailers free and clear of liens, claims, rights, interests or encumbrances pursuant to the Purchase Agreement. It is further

---

[1] All capitalized terms not defined in this Order shall have the definitions given them in the Motion.

ORDERED

that, upon receipt of the Loan Payoff, GECC shall deliver the titles to the trailers to the Debtor with its liens marked satisfied so that the Debtor may transfer the titles to the Purchaser. It is further

ORDERED

that any security interests or liens in the Property shall attach to the proceeds of the Property to the same extent, and with the same validity and priority as they held in the Property. It is further

ORDERED

that the proceeds of the sale of the Property, after payment of any allowed claims secured by the Property, shall be placed into an interest-bearing escrow account for the benefit of unsecured creditors of the bankruptcy estate. It is further

ORDERED

the Purchaser shall be afforded the protections of 11 U.S.C. § 363(m). It is further

ORDERED

that this Order shall be effective and enforceable immediately upon entry.

By the Court,

_____
Robert N. Opel, II, Bankruptcy Judge
(BI)

Dated: October 6, 2010