LAW OFFICES

# Purcell, Krug & Haller

HOWARD B. KRUG  
LEON P. HALLER  
JOHN W. PURCELL JR.  
JILL M. WINEKA  
LISA A. RYNARD

1719 NORTH FRONT STREET  
HARRISBURG, PENNSYLVANIA 17102-2392  
TELEPHONE (717) 234-4178  
FAX (717) 236-6120

HERSHEY  
(717) 533-3836

JOHN W. PURCELL (1924-2009)

JOSEPH NISSLEY (1910-1982)

June 26, 2014

U.S. Bankruptcy Court  
Attn: Clerk of Court  
Ronald Reagan Federal Building, 3rd Floor  
Third & Walnut Streets  
Harrisburg, PA 17108

   RE: L&H Trucking Company, Inc.  
      Case No. 1-10-06657-RNO

Dear Clerk:

  Please find Check No. 3133 in the amount of $1,516.75 representing unclaimed/nominal dividends for payment to the registry in the above case. name and address for each creditor as follows:

  Claim #92  Vertis Communications, Inc.  $1,516.75  
        Attn: Luke Brandonisio  
        250 West Pratt Street, Suite 1800  
        Baltimore, MD 21202

If you require anything further, please contact me. Thank you.

              Very truly yours,

              *Lisa A. Rynard* (signature)  
              Lisa A. Rynard

Enclosure

[FILED HARRISBURG, PA 2014 JUN 27 AM 11:09 CLERK U.S. BANKRUPTCY COURT]